# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Patrick Finn, *as Receiver for First United Funding, Inc.,* Lighthouse Management Group, Inc., *as Receiver for First United Funding, Inc.,* and Corey N. Johnston,<br><br>                    Plaintiffs,<br><br>v.<br><br>Jerry C. Moyes, *individually and as Trustee of the Jerry and Vickie Moyes Family Trust*, Vickie L. Moyes, *individually and as Trustee of the Jerry and Vickie Moyes Family Trust*, Moyes Children's Limited Partnership, and The Jerry and Vickie Moyes Family Trust,<br><br>                    Defendants. | Civil No. 14-cv-1293 (MJD/TNL)<br><br>**ORDER** |

Gregory E. Karpenko, Joseph J. Cassioppi, Ryan T. Murphy, Fredrikson & Byron, PA, 200 South Sixth Street, Suite 4000, Minneapolis, MN 55402 (for Plaintiffs); and

Adam A. Gillette, Lori A. Johnson, and Douglas L. Elsass, Fruth, Jamison & Elsass, 3902 IDS Center, 80 South Eighth Street, Minneapolis, MN 55402 (for Defendants).

Based upon the Report and Recommendation by United States Magistrate Judge Tony N. Leung dated January 20, 2015 [Docket No. 28], along with all the files and records, and no objections to said Recommendation having been filed, **IT IS HEREBY ORDERED** that Defendants' Motion to Dismiss for Improper Venue or In the Alternative, to Transfer Venue [Docket No. 6] is **DENIED.**

Date:  February 5, 2015

                                                                              s/Michael J. Davis
                                                                              The Honorable Michael J. Davis
                                                                              Chief United States District Court Judge
                                                                              for the District of Minnesota